# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMAL VARISTE

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2024 CW 0256

**JUNE 3, 2024**

---

In Re:    Jamal Variste, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 728421.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED.**   We have been advised by the Office of the
Clerk of Court of East Baton Rouge Parish that the district
court is proceeding toward disposition of relator's motion for
judicial review.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.D_

DEPUTY CLERK OF COURT
FOR THE COURT